**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 40163**

| | |
|---|---|
| STATE OF IDAHO, | ) 2013 Unpublished Opinion No. 449 |
| | ) |
| Plaintiff-Respondent, | ) Filed: April 18, 2013 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| CARLOS PIZANO SOLIS, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County.  Hon. Renae J. Hoff, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of four years, for domestic battery causing traumatic injury, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Shawn F. Wilkerson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Jessica M. Lorello, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Chief Judge; GRATTON, Judge;
and MELANSON, Judge

_____

PER CURIAM

Carlos Pizano Solis pled guilty to domestic battery causing traumatic injury.  Idaho Code §§ 18-903, 18-918(2).  The district court sentenced Solis to a unified term of ten years, with a minimum period of confinement of four years.  Solis appeals asserting that the district court abused its discretion by imposing an excessive sentence.

Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App.

1

1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Solis's judgment of conviction and sentence are affirmed.